IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ESTATE OF FREDERIC D. KABASINSKAS,** Deceased, by and through his Personal Representative, **LENORE KABASINSKAS,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:10-cv-00111-LSC-FG3 |
| **WILLIAM R. HASKIN,** Individually; **GEORGE W. WESLEY, II,** Individually; **US XPRESS, INC.,** a Tennessee corporation; and **US XPRESS LEASING, INC.,** a Tennessee corporation doing business in Oklahoma, | ) ) ) ) ) ) ) | ORDER TO SHOW CAUSE |
| Defendants. | ) | |

This matter is before the magistrate judge for full pretrial supervision.

The records of the court show that, by letter dated March 24, 2010, attorney Scott R. Jackson was directed to register to practice in this district and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

The Clerk of the Court advises that, as of this date, Mr. Jackson has not complied with these requirements.

**IT IS ORDERED:**

1. On or before **July 30, 2010**, attorney Scott R. Jackson shall register to practice in this district and register for the court' CM/ECF System or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to Scott R. Jackson at his last known address.

**DATED July 14, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**