# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LENORE KABASINSKAS, Personal | ) | |
| Representative of the Estate of Frederic | ) | |
| D. Kabasinskas, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10-cv-00111-LSC-FG3 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM R. HASKIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown,

**IT IS ORDERED** that the Joint Motion for Extension of Progression Deadlines (Doc. 72) is granted, and the Final Progression Order (Doc. 52) is further amended, as follows:

1. Plaintiff's Motion to Compel (Doc. 70), filed February 8, 2011, is timely filed.

2. Disclosures of Expert Witnesses:  Defendant's expert witness disclosures are due by March 31, 2011.  Plaintiff shall disclose rebuttal experts by April 29, 2011.

3. The deadline for filing motions for summary judgment is extended to March 31, 2011.

4. The deposition deadline is extended to May 13, 2011.

5. Motions in Limine challenging the admissibility of expert testimony must be filed no later than April 15, 2011.  All other motions in limine shall be filed by April 29, 2011.

6. Trial remains set for June 21, 2011, and the final pretrial conference remains set for May 23, 2011.

**DATED February 11, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge