IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LENORE KABASINSKAS, Personal Representative of the Estate of Frederic D. Kabasinskas,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | 8:10-cv-00111-LSC-FG3 |
| vs. | ) ) | **ORDER** |
| **WILLIAM R. HASKIN, et al.,** | ) ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that the Joint Motion to Extend Progression and Trial is granted, as follows:

1. Plaintiff is given until March 25, 2011 to file a reply brief in support of plaintiff's Motion to Compel (Doc. 70).

2. Plaintiff shall disclose rebuttal experts by May 27, 2011

3. The deposition deadline is extended to August 12, 2011.

4. The final pretrial conference is continued from May 23, 2011 to Thursday, August 25, 2011 at 1:30 p.m. before Magistrate Judge F.A. Gossett.

5. Trial is continued from June 21, 2011 to Tuesday, September 13, 2011 before District Judge Laurie Smith Camp.

**DATED March 21, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**