IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LENORE KABASINSKAS, Personal Representative of the Estate of Frederic D. Kabasinskas,** )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**WILLIAM R. HASKIN, et al.,** )<br>)<br>Defendants. ) | 8:10CV111<br><br>ORDER |

This matter is before the court on the Joint Motion to Extend Deadlines (#109). The motion will be granted.

**IT IS ORDERED:**

The Order Setting Final Schedule for Progression of Case (#52), is further amended, as follows:

1. Paragraph 4 of the Order is amended to state that the plaintiff's rebuttal expert witnesses shall be disclosed by **July 15, 2011.**

2. Paragraph 5 of the order is amended to state that the Nonexpert Witnesses shall be disclosed **on or before July 25, 2011**.

3. Paragraph 5 (c) is amended to state that the trial exhibits deadline is extended to **August 18, 2011.**

4. Paragraph 6 of the order is amended to state that the non-expert motions in limine shall be filed **on or before July 25, 2011.**

5. The final pretrial conference with the undersigned magistrate judge remains set for **Thursday, August 25, 2011 at 1:30 P.M.**

6. The jury trial before the Honorable Laurie Smith Camp remains set for the week of **September 13, 2011.**

Dated this 28th day of April 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge